UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN McMILLAN, | No. 2:14-cv-1106 TLN CKD P |
| Plaintiff, | |
| v. | ORDER |
| TIM V. VIRGA, et al., | |
| Defendants. | |

This pro se prisoner civil rights action was filed in May 2014 and proceeds on an Eighth Amendment claim against defendant Ma. (ECF No. 10.) Discovery closed on December 4, 2015, and plaintiff has expressed interest in a settlement conference. (ECF No. 33.) As this case has been identified as potentially appropriate for referral to the court's Alternative Dispute Resolution program, the court will explore whether settlement talks before a Magistrate Judge would be beneficial.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties shall, within 30 days from the date of this order, inform the court's Alternative Dispute Resolution (ADR) division, in writing, if they believe a settlement conference would be beneficial, at the following address, fax number, or email address:

1

1         ADR Division

2         Attention: Sujean Park

3         U.S. District Court

4         501 I Street, Suite 4-200

5         Sacramento, CA 95814

6         Fax: (916) 491-3912

7         Email: spark@caed.uscourts.gov

8 Dated: December 17, 2015

9         _____
        CAROLYN K. DELANEY

10        UNITED STATES MAGISTRATE JUDGE

15 2 / mcmil1106.sett