1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JOHN McMILLAN,                            No.  2:14-cv-1106 TLN CKD P

12                  Plaintiff,

13          v.                                 FINDINGS AND RECOMMENDATIONS

14   TIM V. VIRGA, et al.,

15                  Defendants.

16

17          Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42

18   U.S.C. § 1983.  This action proceeds on the first amended complaint against defendant Ma.  (ECF

19   Nos. 9 & 12.)  On February 25, 2016, defendant Ma filed a motion for summary judgment. (ECF

20   No. 35.)  On April 1, 2016, plaintiff was ordered to file an opposition or a statement of non-

21   opposition to the pending motion by April 30, 2016.  Plaintiff was informed that failure to do so

22   would result in dismissal of this action pursuant to Fed. R. Civ. P. 41(b).  (ECF No. 36.)  After

23   plaintiff filed a Notice of Change of Address on April 18, 2016, this order was re-served on

24   plaintiff.  Plaintiff has not responded to the order.

25          For the foregoing reasons, IT IS HEREBY RECOMMENDED that this action be

26   dismissed pursuant to Federal Rule of Civil Procedure 41(b).

27          These findings and recommendations are submitted to the United States District Judge

28   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

                                                1

after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the objections shall be filed and served within fourteen days after service of the objections.  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated:  May 19, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / mcmi1106.46fr

2